**No. 10-5025 (R46-003). Ivan Silva-Arzeta, aka Ivan Selva, aka Tony Arellano Cebrero, Petitioner v. United States.**

562 U.S. 997, 131 S. Ct. 504, 178 L. Ed. 2d 365, 2010 U.S. LEXIS 8660.

November 1, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 602 F.3d 1208.

**No. 10-5706. Sandako Meshawn Brandon, Petitioner v. United States.**

562 U.S. 997, 131 S. Ct. 508, 178 L. Ed. 2d 365, 2010 U.S. LEXIS 8655.

November 1, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 376 Fed. Appx. 343.

**No. 10-6031. Felton L. Matthews, Jr., Petitioner v. E. K. McDaniel, Warden, et al.**

562 U.S. 998, 131 S. Ct. 511, 178 L. Ed. 2d 365, 2010 U.S. LEXIS 8339.

denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-6080. Christopher Stoller, Petitioner v. Court of Appeals of Arizona, Division One, et al.**

562 U.S. 998, 131 S. Ct. 515, 178 L. Ed. 2d 365, 2010 U.S. LEXIS 8391.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Arizona dismissed. See Rule 39.8.